```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 43164
   THOMAS P CARROLL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7932


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/19/2004 and was confirmed 01/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/01/2007.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
AMERICAN RESIDENTAL EQUI  NOTICE ONLY    NOT FILED         .00            .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG       .00          .00            .00
AURORA LOAN SERVICES      MORTGAGE ARRE  12824.96          .00       6512.85
ANTONIETTE & ASSOCI       UNSECURED        960.00          .00            .00
CHASE CARD SERVICES       UNSECURED        391.51          .00            .00
SELECT PORTFOLIO          NOTICE ONLY    NOT FILED         .00            .00
GREENBERG & ASSOC         DEBTOR ATTY    2,160.00                    2,160.00
TOM VAUGHN                TRUSTEE                                      627.15
DEBTOR REFUND             REFUND                                     1,500.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             10,800.00

PRIORITY                                         .00
SECURED                                     6,512.85
UNSECURED                                        .00
ADMINISTRATIVE                              2,160.00
TRUSTEE COMPENSATION                          627.15
DEBTOR REFUND                               1,500.00
                    --------------         --------------
TOTALS              10,800.00              10,800.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 43164 THOMAS P CARROLL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 43164 THOMAS P CARROLL